UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES PELLERITI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANA AVILA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1853 JAM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a sixty-day extension of time to "obtain photocopys [sic] and to make service on defendants." See ECF No. 36 at 1 (brackets added). The court construes the request as a motion to modify the court's discovery and scheduling order issued November 5. 2020. See ECF No. 35.

In support of his request, plaintiff states that he has contracted the COVID-19 virus, which resulted in him being quarantined. See id. As a result, he has not had access to the prison law library or other legal services. See id. On January 28, 2021, defendants filed a statement of non-opposition to plaintiff's motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the discovery and scheduling order, filed January 28, 2021 (ECF No. 36), is GRANTED, and

////

2. The court's discovery and scheduling order, issued November 5, 2020 (ECF No. 35), is modified as follows:

    a. The parties may conduct discovery until May 11, 2021. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served no later than sixty (60) days prior to that date, and

    b. All pretrial motions, except motions to compel discovery, shall be filed on or before August 24, 2021.

All other directives in the November 2020 discovery and scheduling order (ECF No. 35) are to remain in full effect.

DATED: February 8, 2021

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE