UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES PELLERITI, | No. 2:19-cv-1853 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| DANA AVILA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is plaintiff's motion to rescind the extension of time he was granted on March 10, 2021.  See ECF Nos. 40, 41.  For the reasons stated below, the court will deny plaintiff's request.

I.   RELEVANT FACTS

On November 5, 2020, the court issued a discovery and scheduling order in this matter.  ECF No. 35.  At that time, discovery was to end on March 12, 2021, and all pretrial motions were to be filed on or before June 25, 2021.  See id. at 5-6.  Thereafter, on January 28, 2021, the court received a motion from plaintiff requesting a sixty-day extension of time so that he could make copies and serve defendants.  See ECF No. 36.  Defendants filed a statement of non-opposition to

1

the motion. See ECF No. 37. The court granted plaintiff's motion on February 8, 2021. See generally ECF No. 38. As a result, the discovery and scheduling order was modified, and the close of discovery and pretrial motion dates were adjusted on the calendar accordingly.

One month later, on March 8, 2021, the court received a second request from plaintiff for a sixty-day extension of time, again so that he could make copies and serve defendants. See ECF No. 39. On March 10, 2021, the motion was granted. As a result, once again, the court's discovery and scheduling order was modified to accommodate plaintiff. On March 26, 2021, plaintiff filed the instant request asking the court to rescind its March 10, 2021, order. ECF No. 41.

II.     DISCUSSION

Plaintiff represents that his second request for an extension of time was "inadvertent." See ECF No. 41 at 1. Unfortunately for plaintiff, this is not a sufficient reason to warrant the court modifying the discovery and scheduling order for a third time.

This court has modified its original discovery and scheduling order two times in one month in order to accommodate plaintiff. As a result, not only has the court had to adjust its dates for this case on multiple calendars, defense counsel and multiple defendants have had to do the same. The court will not remedy plaintiff's largely avoidable error by changing the discovery and scheduling order for a third time. It is plaintiff's responsibility to be familiar enough with his case and not to file motions that are frivolous, or that cause unnecessary delay. See generally Fed. R. Civ. P. 11(b)(1)-(2). For these reasons, plaintiff's motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to rescind his March 2021 motion for a sixty-day extension of time (ECF No. 41) is DENIED;

2. The scheduling dates provided in the court's March 10, 2021, order (see ECF No. 40 at 2) shall stand, and

////

////

////

3. All other directives in the court's first-issued discovery and scheduling order (see ECF No. 35) are to remain in full force and effect.

DATED: April 6, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE