IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE JAMES PELLERITI,**<br><br>Plaintiff,<br><br>v.<br><br>**DANA AVILA, et al.,**<br><br>Defendants. | No. 2:19-cv-01853-JAM-AC P<br><br>[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR NINE-DAY EXTENSION TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY |

Good cause appearing, Defendants' motion for a nine-day extension to serve their responses to Plaintiff's first set of interrogatories, request for production of documents, and admission requests is GRANTED.

Defendants shall respond to the discovery on or before May 28, 2021.

IT IS SO ORDERED.

Dated: May 24, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defs.' Motion for 9-Day Extension to Respond to Pl.'s Discovery (2:19-cv-01853-JAM-AC P)