IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE JAMES PELLERITI,** | No. 2:19-cv-01853-JAM-AC P |
| Plaintiff, | [Proposed] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS BY THIRTY-FIVE DAYS |
| v. | |
| **DANA AVILA, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion for a thirty-five days extension of the deadline to file dispositive motions (ECF No. 49) is GRANTED.

Dispositive motions shall be filed and served on or before January 13, 2022. All other directives in the in the Court's March 10, 2021, Order (ECF No. 40) and its first-issued discovery and scheduling order (ECF No. 35) remain in full force and effect.

IT IS SO ORDERED.

Dated: December 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defs.' Motion for 35-Day Extension to File Dispositive Motions (2:19-cv-01853-JAM-AC P)