1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESSE JAMES PELLERITI,                       No.  2:19-cv-1853 JAM AC P

12                        Plaintiff,

13         v.                                       ORDER

14    DANA AVILA, et al.

15                        Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42

18    U.S.C. § 1983.  The matter has been referred to a United States Magistrate Judge pursuant to 28

19    U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 21, 2022, Defendants notified the court that Defendant Elvira Longoria, a

21    registered nurse at High Desert State Prison, has died.  ECF No. 52.  Pursuant to Federal Rule of

22    Civil Procedure 25(a)(1), if a party in an action dies and the claim has not been extinguished, the

23    Court may order substitution of the proper party upon motion. Fed. R. Civ. P. 25(a)(1).  If a

24    motion for substitution is not made within ninety days after service of the statement noting the

25    death, the action by or against the decedent must be dismissed.  Id.  Plaintiff's Eighth Amendment

26    deliberate indifference claim against Defendant Longoria (see ECF No. 14 at 11, 16) has not been

27    extinguished.  Accordingly, if plaintiff wishes to pursue his claim against Defendant Longoria, he

28    must within 90 days file a motion to substitute a proper party.

Discovery has closed in this case, and the dispositive motion deadline is imminent.  <u>See</u> ECF No. 53.  Accordingly, in order to provide plaintiff an opportunity to discover the identity of Defendant Longoria's successor in interest or legal representative and to bring the appropriate motion, the dispositive motion deadline will be vacated to be reset following the substitution of a proper party for Defendant Longoria (or her dismissal).

If Plaintiff wishes to pursue his claim against Defendant Longoria, he must identify Longoria's successor in interest or legal representative.  He may then bring a motion under Rule 25(a) to substitute that party in Longoria's place, which would make Longoria's estate liable for any judgement that might be awarded to plaintiff on his claim against Longoria.  This motion must be made within ninety days.  In the alternative, if plaintiff chooses to voluntarily dismiss his claim against Defendant Longoria, he may do so at any time.  If plaintiff does not file either a motion for substitution or a request for voluntary dismissal within ninety days, the undersigned will recommend that Defendant Longoria be dismissed as a party to this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  The dispositive motions deadline is VACATED, to be reset upon the substitution of a proper party for Defendant Elvira Longoria, now deceased, or her dismissal;

2.  Any motion for substitution of a proper party in place of Defendant Longoria, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, must be filed within ninety (90) days.

DATED: January 25, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE