UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES PELLERITI,<br><br>  Plaintiff,<br><br>  v.<br><br>DANA AVILA, et al.,<br><br>  Defendants. | No.  2:19-cv-1853 DAD AC P<br><br><br>ORDER |

After defendants filed a notice of suggestion of death for defendant Longoria, the dispositive motions deadline was vacated pending the substitution or dismissal of Longoria. ECF Nos. 54, 59. Defendant Longoria has now been dismissed from this action (ECF No. 68) and the dispositive motions deadline will be re-set.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the service of this order the parties may file dispositive motions.

DATED: February 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE