IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE JAMES PELLERITI,**<br><br>Plaintiff,<br><br>v.<br><br>**DANA AVILA, et al.,**<br><br>Defendants. | Case No. 2:19-cv-1853 DAD AC P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND SUMMARY-JUDGMENT DEADLINE BY 45 DAYS** |

Having considered Defendants' briefing, the Court GRANTS Defendants' Motion for Administrative Relief to Extend the Summary-Judgment Deadline by forty-five days (ECF No. 71). Defendants' Motion for Summary Judgment is now due on or before April 22, 2024.

**IT IS SO ORDERED.**

DATED: February 28, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendants' Motion for Administrative Relief to Extend Summary-Judgment Deadline by 45 Days (2:19-cv-1853 DAD AC P)