IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE JAMES PELLERITI,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**DANA AVILA, et al.,**<br><br>                                    Defendants. | Case No. 2:19-cv-1853 DAD AC P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND SUMMARY-JUDGMENT DEADLINE BY FOURTEEN DAYS** |

   Having considered Defendants' briefing, the Court GRANTS Defendants' Motion for Administrative Relief to Extend the Summary-Judgment Deadline by Fourteen Days (ECF No. 73).  Defendants' Motion for Summary Judgment is now due on or before May 6, 2024.

DATED: April 17, 2024

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendants' Motion for Administrative Relief to Extend Summary-Judgment Deadline by Fourteen Days (2:19-cv-1853 DAD AC)