UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES PELLERITI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANA AVILA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-01853-DAD-AC (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 77, 82) |

　　　　Plaintiff Jesse James Pelleriti is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment be granted. (Doc. No. 82.) Specifically, the magistrate judge found that the undisputed evidence before the court on summary judgment established "unequivocally that defendants saw plaintiff in response to each of his requests for medical care and established a course of treatment based on their findings, including scheduling plaintiff for follow-up visits." (*Id.* at 16.) Based upon that evidence, the magistrate judge concluded there was no basis on which to find that defendants were deliberately indifferent to plaintiff's serious medical needs. (*Id.* at 17.)

1

1  The pending findings and recommendations were served on the parties and contained
2  notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at
3  18.) To date, no objections to the findings and recommendations have been filed, and the time in
4  which to do so has now passed.
5  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
6  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
7  pending findings and recommendations are supported by the record and by proper analysis.
8  Accordingly:
9  1. The findings and recommendations issued on March 17, 2025 (Doc. No. 82) are
10  ADOPTED in full;
11  2. Defendants' motion for summary judgment (Doc. No. 77) is GRANTED; and
12  3. The Clerk of the Court is directed to enter judgment in favor of defendants and
13  CLOSE this case.
14  IT IS SO ORDERED.
15  Dated: **March 31, 2025**
16  DALE A. DROZD
   UNITED STATES DISTRICT JUDGE

2